

FEB - 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAUDIU HOTEA,<br><br>        Defendant. | CASE NO. MAG 06-032 GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

The parties agree that time beginning February 2, 2006 and extending through March 3, 2006 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until March 3, 2006. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may study the facts of this case in light of the charges pending in this District and the Jan. 27, 2006 Probation Violation Petition filed in the Central District of California

1  (United States v. Claudiu Hotea, Case No. SACR 01-233 GLT).  The
2  parties submit that this interest of justice outweighs the
3  interest of the public and the defendant in a speedy filing of an
4  indictment or information, in accordance with Title 18, United
5  States Code, § 3161(b) and (h)(8)(A), and further that this good
6  cause outweighs the public's interest in the prompt disposition
7  of criminal cases, in accordance with Fed.R.Crim.P. 5(d).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: February 2, 2006          By:  /s/ Matt Segal
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney

DATE: February 2, 2006
                                     JOHNNY GRIFFIN
                                     Counsel for Claudiu Hotea

SO ORDERED.

_____
HON. PETER A. NOWINSKI
U.S. Magistrate Judge

2