**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
CLAUDIU HOTEA

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

2:06 - MJ - 0032 GGH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| vs. | |
| CLAUDIU HOTEA | |
| Defendant | |

The defendant, CLAUDIU HOTEA, by and through his current attorney of Record, Jeff Staniels, hereby substitutes Johnny L. Griffin III and the Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as his Attorney of Record in place and stead of Attorney Jeff Staniels.

Dated: February 2, 2006        /s/ Jeff Staniels

JEFF STANIELS

Attorney at Law


Dated: February 2, 2006        /s/ Claudiu Hotea
                               CLAUDIU HOTEA
                               Defendant


I accept the above substitution.

SUBSTITUTION OF ATTORNEY - 1

Dated: February 2, 2006        /s/ Johnny L. Griffin, III
                               JOHNNY L. GRIFFIN, III
                               Attorney at Law

**IT IS SO ORDERED.**


Dated: 2/8/06                  /s/ Gregory G. Hollows

                               GREGORY G. HOLLOWS
                               U.S. Magistrate Judge

Hotea.ord